# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| SANDRA GRASS, et al., | ) | |
|     Plaintiff(s), | ) | Case No. 2:13-cv-01855-APG-NJK |
| vs. | ) | RECUSAL ORDER |
| PFIZER INC., | ) | |
|     Defendant(s). | ) | |

This matter was assigned to the undersigned Magistrate Judge on October 10, 2013. With good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself in this action. IT IS ORDERED that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

DATED: January 6, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge